IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN J. CAWTHON, JR.,
    Petitioner,

vs.                                        Case No.:  3:03cv565/RV/EMT

JAMES CROSBY,
    Respondent.

_____/

## O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 24, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

       Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

       **DONE AND ORDERED** this 15th day of November, 2005.

                                              /s/ *Roger Vinson*
                                              **ROGER VINSON**
                                              **UNITED STATES SENIOR JUDGE**