IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN JACOB CAWTHON,
    Petitioner,

vs.                                      Case No: 3:03cv565/RV/EMT

JAMES CROSBY,
    Respondent.
_____/

## ORDER

        This cause is before the court on Petitioner's notice of appeal (Doc. 38), motion for certificate of appealability (Doc. 39), and motion to proceed in forma pauperis on appeal (Doc. 40). Unless a certificate of appealability is issued, Petitioner may not take an appeal from the final order denying § 2254 relief. *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

        After review of the file, the court concludes that because Petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in the court's November 15, 2005 order (Doc. 36) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on October 24, 2005 (Doc. 34), a certificate of appealability shall be denied. For the same reasons, there is no good faith basis for an appeal and Petitioner is not entitled to proceed in forma pauperis. Fed.R.App.P. 24(a).

        Accordingly, it is **ORDERED**:

        1.    Petitioner's motion for certificate of appealability (Doc. 39) and notice of appeal (Doc. 38) are **DENIED**, and no certificate shall issue.

        2.    Petitioner's motion to proceed in forma pauperis on appeal (Doc. 40) is **DENIED**. Petitioner shall pay the $255.00 filing fee within thirty (30) days of this order.

        **DONE AND ORDERED** this 15th day of December 2005.

                                          /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**